IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WOLFSON-VERRICHIA GROUP, INC., et al., <br> Plaintiffs, <br><br> v. <br><br> METRO COMMERCIAL REAL ESTATE, INC., et al., <br><br> Defendants. | CIVIL ACTION <br><br> No. 5:08-cv-4997 |

## ORDER

**AND NOW**, this 28th day of March, 2013, upon consideration of Defendants' Motions for Summary Judgment (Doc. Nos. 144, 145), their Motion to Preclude the Testimony of Expert Kenneth Leonard (Doc. No. 142), and the responses and replies thereto, and for the reasons set forth in the Court's Memorandum Opinion, it is **ORDERED** that:

1. Defendants' Motion to Preclude the Testimony of Expert Kenneth Leonard (Doc. No. 142) is **GRANTED in part** and **DENIED in part as MOOT**;

2. Defendants' Motions for Summary Judgment (Doc. Nos. 144, 145) are **GRANTED**;

3. Defendants' Motions to Preclude the Testimony of Experts Benjamin Sacks, Victor Bruno, Craig Gleason and Greg Cowhey (Doc. Nos. 138, 140, 141 and 143) are **DENIED AS MOOT**;

4. Judgment is entered in favor of Defendants.

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**

_____
**MITCHELL S. GOLDBERG, J.**